IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TROY D. WHITMORE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **04-837-JPG** |
| | ) |
| **LIEUTENANT WALKER, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

This matter is before the court for purposes of docket control.

Discovery has closed and all dispositive motions have been ruled on. This case is certified ready for trial. Judge Gilbert will schedule a final pretrial conference.

Pursuant to 28 U.S.C. 1915 (e)(1) and Local Rule 83.1(i), attorney **Edward J. Heller** is **APPOINTED** to represent plaintiff for purposes of trial only.

**IT IS SO ORDERED.**

**DATE: May 4, 2009.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**