IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TROY D. WHITMORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 04-837-JPG |
| | ) |
| DONALD SNYDER, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATION

This case is certified as being ready for a final pretrial and trial setting. The Clerk is directed to return the file to Judge J. Phil Gilbert for further proceedings.

SO ORDERED.

DATED: May 4, 2009

                                                        S/Clifford J. Proud
                                                        CLIFFORD J. PROUD
                                                        United States Magistrate Judge