IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| TROY D. WHITMORE, | ) | CASE NO: 04-837 |
| Plaintiff(s), | ) | **MINUTES OF COURT** |
| | ) | |
| vs. | ) | DATE: 1/27/2010 |
| | ) | |
| DONALD SNYDER, | ) | PLACE: Benton, IL |
| | ) | |
| Defendant(s). | ) | |

PRESENT: **HONORABLE J. PHIL GILBERT, DISTRICT JUDGE**

DEPUTY CLERK:   K. Jane Reynolds          COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S): N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS (X ):

PROCEEDING:

TIME:

  This matter is before the court for purposes of case management and calendar control.

  It is hereby ORDERED that this matter is STRICKEN from the 1/29/2010 docket and reset for a telephone status conference on 2/4/2010 at 9:00 a.m.

  The defendant is responsible for placing the call to all parties.  Judge Gilbert's telephone # is 618-439-7720.

NANCY ROSENSTENGEL, CLERK

By: s/ K. Jane Reynolds

Deputy Clerk