IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TROY D. WHITMORE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **04-837-JPG-CJP** |
| | ) |
| **LIEUTENANT WALKER,** | ) |
| **LIEUTENANT WESTERMAN,** | ) |
| **LIEUTENANT FERRELL, C/O FRITZ,** | ) |
| **C/O MEZO, LIEUTENANT REES,** | ) |
| **SERGEANT CARTER, C/O HELMER,** | ) |
| **C/O HENRY, C/O MINER,** | ) |
| **C/O GREENLY, C/O PRESSWOOD,** | ) |
| **C/O ROBINSON, and** | ) |
| **C/O WITTHOFT,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion to Re-Open Discovery. **(Doc. 144)**.

This motion is filed by plaintiff's appointed counsel, and it seeks to conditionally re-open discovery should the parties be unable to resolve defendants' objections to plaintiff's discovery requests.

The Court will not order that discovery be re-opened in general at this late date. Should there be a specific discovery issue that the parties are unable to resolve, plaintiff may file an appropriate motion directed to that specific issue.

Accordingly, plaintiff's Motion to Re-Open Discovery **(Doc. 144)** is **DENIED**.

**IT IS SO ORDERED.**

**DATE: March 1, 2010.**

                **s/ Clifford J. Proud**
                **CLIFFORD J. PROUD**
                **UNITED STATES MAGISTRATE JUDGE**