IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

TROY WHITMORE a/k/a DON           )
GREGERSON, #N-71463,              )
                                  )
            Plaintiff,            )
                                  )
      v.                          )          No. 04-837-JPG
                                  )
DONALD SNYDER, et al.,            )
                                  )
            Defendants.           )

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

NOW COMES Lisa Madigan, Attorney General for the State of Illinois, by

Christopher L. Higgerson, Assistant Attorney General, State of Illinois, hereby enters his

appearance on behalf of defendants, JOHN CARTER, JOSHUA FRITZ, RICKY

GREENLEY, DAN HELMER, SEAN HENRY, KENNETH MINER, ERIC PRESSWOOD,

WILLIAM REES, AARON ROBINSON, and JERRY WITTHOFT,

Respectfully submitted,

LISA MADIGAN, Attorney General,
State of Illinois

Christopher L. Higgerson, #6256085
Assistant Attorney General        By:  s/Christopher L. Higgerson
500 South Second Street                Christopher L. Higgerson
Springfield, Illinois  62706           Assistant Attorney General
217-557-0261
      Of Counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

TROY WHITMORE a/k/a DON       )
GREGERSON, #N-71463,          )
                             )
          Plaintiff,          )
                             )
     v.                       )          No. 04-837-JPG
                             )
DONALD SNYDER, et al.,        )
                             )
          Defendants.         )

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2010, I electronically filed a Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Gary E. Milone, Sr.
cmlawofc@bspeedy.com

and I hereby certify that on September 29, 2010, I mailed by United States Postal Service, the document to the following non-registered participant:

Respectfully submitted,

By:   s/Christopher L. Higgerson
          Christopher L. Higgerson
          Assistant Attorney General
          500 South Second Street
          Springfield, IL  62706
          Telephone:  (217) 557-0261
          Facsimile:  (217) 524-5091
          chiggerson@atg.state.il.us
          #6256085