IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| TROY WHITMORE a/k/a DON GREGERSON, #N-71463, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 04-837-JPG |
| DONALD SNYDER, et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

NOW COMES Lisa Madigan, Attorney General for the State of Illinois, by Christopher L. Higgerson, Assistant Attorney General, State of Illinois, hereby enters his appearance on behalf of defendant, THOMAS MEZO.

          Respectfully submitted,

          LISA MADIGAN, Attorney General,
          State of Illinois,

          Attorney for Defendant,

Christopher L. Higgerson, #6256085
Assistant Attorney General    By:  s/Christopher L. Higgerson
500 South Second Street           Christopher L. Higgerson
Springfield, Illinois 62706         Assistant Attorney General
217-557-0261
    Of Counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| TROY WHITMORE a/k/a DON GREGERSON, #N-71463, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | No. 04-837-JPG |
| ) DONALD SNYDER, et al., ) ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2010, I electronically filed a Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Gary E. Milone, Sr.
cmlawofc@bspeedy.com

and I hereby certify that on October 7, 2010, I mailed by United States Postal Service, the document to the following non-registered participant:

Respectfully submitted,

By: s/Christopher L. Higgerson
Christopher L. Higgerson
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
chiggerson@atg.state.il.us
#6256085