# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

FILED
APR - 2 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

TROY D. WHITMORE, a/k/a DON GREGERSON, )
               *Plaintiff(s)* )
               v. )    Case Number:    04-837-JPG-PMF
DONALD SNYDER, et al., )
               *Defendant(s)* )

## NOTICE AND CONSENT TO
## PROCEED BEFORE A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* In accordance with 28 U.S.C. § 636(c), a United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States Court of Appeals for the Seventh Circuit like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent. You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.

> Note: If this case is transferred on consent to a magistrate judge, major criminal cases will not interfere with its scheduling and progress. This means that it is likely this civil case will be resolved sooner and at less expense to the parties if a magistrate judge decides the case.

*Consent to a magistrate judge's authority.* The following parties consent to have a magistrate judge conduct all proceedings in this case including trial, entry of final judgment, and all post-trial proceedings.

| Printed Name of Party | Signature of Party or Attorney | Date |
|---|---|---|
| Thomas Mezo | [signature] | March 30, 2012 |
| | | |
| | | |

Return this form via U.S. mail to the clerk of court only if you are consenting to the exercise of jurisdiction by a magistrate judge. Do **not** send this form to the judge. The form must be submitted in paper format and cannot be filed electronically. Each party may submit an executed form independently.

AO 85 (Rev. 01/09)
MODIFIED SDIL (5/2010)