IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| TROY WHITMORE a/k/a DON GREGERSON, #N-71463, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 04-837-JPG |
| DONALD SNYDER, et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

NOW COMES Lisa Madigan, Attorney General for the State of Illinois, by Kelly R. Choate, Assistant Attorney General, State of Illinois, hereby enters her appearance on behalf of defendants, John Carter, Joshua Fritz, Ricky Greenly, Dan Helmer, Kenneth Miner, Aaron Robinson, Sean Henry, Thomas Mezo, Eric Presswood, William Rees, Jerry Witthoft, and Richard D. Moore, in the above case.

                                              Respectfully submitted,

                                              LISA MADIGAN, Attorney General,
                                              State of Illinois

| | |
|---|---|
| Kelly R. Choate, #6269533 | Attorney for Defendants, |
| Assistant Attorney General | |
| 500 South Second Street | |
| Springfield, Illinois  62706 | By:  /s/Kelly R. Choate |
| (217) 782-9026 | KELLY R. CHOATE |
| | Assistant Attorney General |
| Of Counsel. | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| TROY WHITMORE a/k/a DON GREGERSON, #N-71463, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 04-837-JPG |
| DONALD SNYDER, et al., | ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2012, the foregoing document, Notice of Appearance, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David A. Weder   dweder@lewisrice.com

John Harrison Kohler   jkohler@lewisrice.com

Ronald B. Ziegler   bziegler@lewisrice.com

Respectfully Submitted,

/s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
(217) 782-9026  Phone
(217) 524-5091  Fax
E-Mail:  kchoate@atg.state.il.us