IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TROY D. WHITMORE a/k/a </br> DON GREGERSON, #N-71463, </br> </br> Plaintiff, </br> </br> v. </br> </br> DONALD SNYDER, et al., </br> </br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) Case No. 3:04-CV-00837-PMF </br> ) </br> ) </br> ) </br> ) </br> ) |

### STIPULATION OF DISMISSAL

Plaintiff hereby dismisses <u>with prejudice</u> all remaining claims and causes of action against Defendant Richard D. Moore in this lawsuit; claims as to all other Defendants reserved; parties to bear their own costs.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By:    /s/ David A. Weder
R. Bradley Ziegler, #6288737
David A. Weder, #6298764
John H. Kohler, #63940
600 Washington Ave., Ste. 2500
St. Louis, Missouri 63101
314.444.7633 (direct)
314.612.7633 (facsimile)
bziegler@lewisrice.com
dweder@lewisrice.com
jkohler@lewisrice.com

*Attorneys for Plaintiff*

1868562.1

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served electronically via the Court's ECF filing system to all counsel of record on this 6th day of November, 2012.

                                                 /s/ David A. Weder