## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

### MINUTES OF JURY TRIAL

**DATE:**     **11/7/2012**     **DAY: 2**            **CASE NO. 3:04-cv-837-PMF**

**PRESIDING:  HON. PHILIP M. FRAZIER**

| | |
|---|---|
| **TROY D. WHITMORE,** | ) **REPORTER: Stephanie Rennegarbe,** |
| | )                **Northcutt Reporting Service** |
| **Plaintiff,** | ) **COURTROOM DEPUTY: Karen R. Metheney** |
| | ) |
| | ) **CONVENED:  8:30 AM** |
| **vs.** | ) **ADJOURNED: 4:10 PM** |
| | ) |
| **DONALD SNYDER, et. al.,** | ) **CRIMINAL: _____**      **CIVIL:  X** |
| | ) |
| **Defendants.** | ) |

**Counsel for Plaintiff:**  Ronald B. Ziegler, David A. Weder, John H. Kohler

**Counsel for Defendant:**  Christopher L. Higgerson, Kelly R. Choate

**PROCEEDINGS:** Jury Trial

**ORDER:** Plaintiff is permitted to proffer evidence regarding Count 5 of the amended complaint (Doc. 16) concerning an allegation that Defendant Fritz violated Plaintiff's right to be free of cruel and unusual punishment under the Eighth Amendment.  Specifically, Count 5 alleges that on May 16, 2003, Defendant Fritz prevented others from seeing Defendant Casten's use of excessive force by repeatedly kicking a food slot door closed on Plaintiff's arm. The parties and the Court construe Count 5 as a failure to intervene claim. Such a claim cannot succeed unless Plaintiff can establish that Defendant Casten "used excessive force in violation of his Eighth Amendment rights." Harper v. Albert 400 F.3d 1052, 1064 (7th Cir. 2005) (citation omitted). This Court granted Defendant Casten's motion for summary judgment regarding Plaintiff's excessive force claim (Count 5) on March 27, 2009. See Docs. 118, 121. For the reason outlined here, Defendant Fritz now moves for judgment as a matter of law pursuant to Rule 50 of the Federal Rules of Civil Procedure on Count 5. The motion is GRANTED.

**PLAINTIFF'S WITNESSES:**
      (2)      Jason Johnson (by video conference) Time: 9:27-9:33 a.m.
      (3)      Corey Knox (by video conference)    Time: 9:38-9:46 a.m.

Plaintiff rests: _____ ✓ _____.

**Case No. 04-837-PMF,** *Whitmore v. Snyder, et. al.*          **Minutes of Jury Trial, Day 2, 11/7/2012**

Defendant Mezo's Rule 50 motion regarding Count 1 (Count 2 of the amended complaint) is DENIED.
Defendant Carter's Rule 50 motion regarding Count 2 (Count 10 of the amended complaint) is DENIED.
Defendant Robinson's Rule 50 motion regarding Count 3 (Count 14 of the amended complaint) is DENIED.
Defendants Carter, Fritz, Greenley, Henry, Presswood, Rees, and Whittoft's Rule 50 motion regarding Count 4 (Count 15 of the amended complaint) is DENIED.
Defendants Presswood and Whittoft's Rule 50 motion regarding Count 5 (Count 16 of the amended complaint) is DENIED.

**DEFENDANTS' WITNESSES:**

| | | |
|---|---|---|
| (1) | Thomas Mezo | Time: 9:47-9:53 a.m. |
| (2) | John Carter | Time: 9:54-10:19 a.m. |
| (3) | Daniel Helmer | Time: 10:20-10:22 a.m. |
| (4) | Kenneth Miner | Time: 10:22-10:30 a.m. |
| (5) | Aaron Robinson | Time: 10:30-10:34 a.m. |
| (6) | Josh Fritz | Time: 10:48-10:53 a.m. |
| (7) | William Rees | Time: 10:53-11:01 a.m. |
| (8) | Rick Greenly | Time: 11:02-11:03 a.m. |
| (9) | Sean Henry | Time: 11:03-11:05 a.m. |
| (10) | Eric Presswood | Time: 11:05-11:08 a.m. |
| (11) | Jerry Witthoft | Time: 11:08-11:12 a.m. |
| (12) | Gail Walls | Time: 1:01 -1:25 p.m. |

Defendants' rest:   ✓

**FINAL ARGUMENT ON BEHALF OF THE PARTIES:**
 Attorney Ziegler on behalf of plaintiff
 Attorney Higgerson on behalf of defendants
 Attorney Ziegler on behalf of plaintiff

MARSHAL SWORN:   ✓          JURY RETIRES:   2:42 p.m.

JURY RETURNS:   3:57 p.m.

VERDICT GIVEN TO COURT:   ✓   VERDICT READ: ✓       JURY POLLED: _____

VERDICT: In favor of defendant Thomas Mezo and against plaintiff on Count 1; in favor of defendants John Carter, Dan Helmer, and Kenneth Miner and against plaintiff on Count 2; in favor of defendant Aaron Robinson and against plaintiff on Count 3; in favor of defendants John Carter, Joshua Fritz, Ricky Greenley, Sean Henry, Eric Presswood, William Rees, and Jerry Whitthoft and against plaintiff on Count 4; in favor of defendants Eric Presswood, William Rees, and Jerry Whitthoft and against plaintiff on Count 5.

JURY EXCUSED:   ✓

EXHIBITS:   One envelope exhibits to be placed in Benton vault.