**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

TROY D. WHITMORE,               )
                                )
      Plaintiff,               )
                                )
v.                              )
                                )  Case No. 3:04-cv-837-JPG-PMF
                                )
DONALD SNYDER, et al.,          )
                                )
      Defendants.              )
                                )

## JURY VERDICT FORM 1B
### COUNT 1

On Plaintiff Troy Whitmore's claim against Defendant Thomas Mezo regarding the

November 22, 2002 incident, we the jury find against the Plaintiff Troy Whitmore and in favor

of Defendant Thomas Mezo.

Presiding Juror: ████████████████████

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

TROY D. WHITMORE,                               )
                                                )
        Plaintiff,                       )
                                                )
v.                                              )
                                                )   Case No. 3:04-cv-837-JPG-PMF
                                                )
DONALD SNYDER, et al.,                          )
                                                )
        Defendants.                      )
                                                )

## JURY VERDICT FORM 2B
## COUNT 2

On Plaintiff Troy Whitmore's claim against Defendants John Carter, Dan Helmer, and

Kenneth Miner regarding the October 27, 2004 incident, we the jury find against the Plaintiff

Troy Whitmore and in favor of the following Defendants: __John Carter,__

__Dan Helmer & Kenneth Miner__

_____.

Presiding Juror: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TROY D. WHITMORE,                              )
                                               )
            Plaintiff,                         )
                                               )
v.                                             )     Case No. 3:04-cv-837-JPG-PMF
                                               )
DONALD SNYDER, et al.,                         )
                                               )
            Defendants.                        )
                                               )

## JURY VERDICT FORM 3B
## COUNT 3

On Plaintiff Troy Whitmore's claim against Defendant Aaron Robinson regarding the April 8, 2005 incident, we the jury find against the Plaintiff Troy Whitmore and in favor of Defendant Aaron Robinson.

Presiding Juror:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TROY D. WHITMORE,  )
  )
      Plaintiff,  )
  )
v.  )
  )  Case No. 3:04-cv-837-JPG-PMF
  )
DONALD SNYDER, et al.,  )
  )
      Defendants.  )
  )

## JURY VERDICT FORM 4B
### COUNT 4

On Plaintiff Troy Whitmore's claim against Defendants John Carter, Joshua Fritz, Ricky

Greenley, Sean Henry, Eric Presswood, William Rees, and Jerry Whitthoft regarding the April 8,

2005 incident involving the alleged use of excessive force, we the jury find against the Plaintiff

Troy Whitmore and in favor of the following Defendants: John Carter, Joshua Fritz

Ricky Greenley, Sean Henry, Eric Presswood, William Rees

and Jerry Whitthoft.

Presiding Juror:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

TROY D. WHITMORE,                    )
                                     )
       Plaintiff,               )
                                     )
v.                                   )
                                     )   Case No. 3:04-cv-837-JPG-PMF
                                     )
DONALD SNYDER, et al.,               )
                                     )
       Defendants.              )
                                     )

## JURY VERDICT FORM 5B
## COUNT 5

On Plaintiff Troy Whitmore's claim against Defendants Eric Presswood, William Rees,

and Jerry Whitthoft regarding the April 8, 2005 incident involving the alleged retaliation against

Plaintiff, we the jury find against the Plaintiff Troy Whitmore and in favor of the following

Defendants: _Eric Presswood, William Rees and_

_Jerry Whitthoft_

Presiding Juror: ██████████████████████