IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TROY D WHITMORE, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | )    Case No.: 3:04-cv-00837-JPG -PMF |
| | ) |
| DONALD SNYDER, ET AL., | ) |
| | ) |
|       Defendants. | ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the jury having rendered a verdict,

**IT IS HEREBY ORDERED AND ADJUDGED** that COUNT 1, COUNT 7, COUNT 9, COUNT 11, COUNT 12, COUNT 13, COUNT 17 and COUNT 18 of the (Doc. 16) amended complaint are DISMISSED from this action with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants ANDERSEN, GOFORTH, McADORE, MIDDENDORF, MURRAY, RYAN, SNYDER, SUMMERS, UCHTMAN, VASQUEZ, ROGER WALKER, WALLS and WILSON are DISMISSED from this action with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that COUNT 3 against Defendant MOORE is DISMISSED from this action with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants CARTER, CASTEN, ESSARY, FERRELL, FRITZ, GREENLY, HELMER, HENRY, HOOD, MEZO, MINER, PRESSWOOD, REES, ROBINSON, TORVILLE, LT. WALKER, WELBORN, WESTERMAN and WITTHOFT, and against Plaintiff TROY D WHITMORE.

Finally, **IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant MOORE on COUNT 4 and COUNT 6 of the (Doc. 16) amended complaint, and against Plaintiff TROY D WHITMORE.

**DATED: November 9, 2012.**

                                                    **NANCY J. ROSENSTENGEL**
                                                    Clerk of Court

                                                    By: s/ Karen R. Metheney
                                                          Deputy Clerk

Approved:

*/s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**