# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

TROY D. WHITMORE
AKA Don Gregerson N71463
    Plaintiff,

-vs-

DONALD SNYDER Et al.,
    Defendants

Case No. 3:04-CV-00837-PMF

**FILED**

DEC 27 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

## NOTICE OF APPEAL

NOW COMES plaintiff Troy. D. Whitmore pro se pursuant to Rules of Appellate Procedure 3 and 4 and moves this honorable Court to grant notice of Appeal:

An appeal is taken from the judgement that is described below.

1. Court to which appeal is taken: The United States District Court for the Southern District of Illinois East St. Louis Division, 301 W. Main Street, Benton, IL 62812.

2. Name of appellant and address to which notices shall be sent:

   Troy D. Whitmore N71463
   Post Office Box 112
   Joliet, Illinois 60434

3. Name of appellants Attorney and address: Pro se appellant.

   If appellant is indigent and has no attorney, does he want one appointed? Yes. Plaintiff's Case is Complex in it's nature and beyond his ability as a pro se litigant to litigate.

4. Date of Judgement and name of Judge: November 9, 2012

    Honorable Philip M. Frazier
    United States Magistrate Judge

5. Nature of Judgement appealed from: Civil Rights Violation.

Signed _Troy D. Whitmore_

STATE OF ILLINOIS )
COUNTY OF COOK )
)

# AFFIDAVIT

I, Troy D. Whitmore, being first duly sworn deposes and says:

1. I am the Appellant/plaintiff in this Cause. Case Number 3:04-CV-00837-PMF.

2. Judgement by jury verdict was issued against me on November 9, 2012 by the Honorable Philip M. Frazier, United States Magistrate Judge.

3. This notice of appeal is being filed in accordance with Rules of Appellate Procedure 3 and 4.

Pursuant to 28 U.S.C. 1746, 18 U.S.C. 1621 or 735 ILCS 5/109, I declare under penalty of perjury that I am the named appellant/plaintiff in the above action, that I have read and understand the above documents, and that the information contained therein is true and correct to the best of my knowledge.

December 20, 2012

*Troy D. Whitmore*
Troy D. Whitmore
IDOC # N71463
Stateville Corr. Center
Post Office Box 112
Joliet, IL 60434

Mr. Troy D. Whitmore N71463
Post Office Box 112
Joliet, Illinois 60434

* *
*Legal Mail*
*

THIS CORRESPONDENCE
IS FROM AN INMATE OF
THE ILLINOIS
DEPARTMENT OF
CORRECTIONS




United States District Court
For the Southern District of Illinois
Ms. Nancy J. Rosenstengel
Clerk of the Court
301 W. Main Street
Benton, Illinois 62812